# IN UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# ROCK ISLAND DIVISION

| | |
|---|---|
| TAWANNA LEE, ) | |
| ) | Case No. 4:21-cv-04040-SLD-JEH |
| Plaintiff, ) | |
| v. ) | Honorable Judge Sara Lynn Darrow |
| ) | |
| ) | Magistrate Judge Jonathan E. Hawley |
| ) | |
| DOHRN TRANSFER COMPANY, LLC ) | |
| ) | **JURY DEMANDED** |
| Defendant. ) | |
| ) | |

## PLAINTIFF'S AGREED MOTION FOR AN EXTENSION OF TIME TO FILE A REPSONSE TO DOCKET #18, DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Plaintiff, Tawanna Lee ("Lee"), by and through her undersigned counsel, states as follows for her agreed Motion:

1. On February 28, 2021, Plaintiff filed a Complaint against the above named Defendant in the Northern District of Illinois.

2. The venue was changed to Central District of Illinois, and on June 3, 2021, Defendant's counsel filed attorney appearances.

3. On June 28, 2021, Plaintiff filed a First Amended Complaint and Defendant was instructed to respond in accordance with the Federal Rules of Civil Procedure.

4. Suddenly on July 8, 2021, Plaintiff's counsel, Cynthia Pietrucha, was abruptly separated from her firm, Sulaiman Law Group, Ltd., and the firm immediately, without notice, cut off access to her firm e-mail (cpietrucha@sulaimanlaw.com), refused to give a client case list and disabled access and login information to legal software.

5. Since July 8, 2021, Plaintiff's counsel, Cynthia Pietrucha, has asked Sulaiman Law Group's owner, Ahmad Sulaiman, for a client list, which he did not provide, she has scrambled to recreate a client list, communicate with clients about their options for continued representation and also notify the Attorney Registration and Discipline Commission about potential ethics violations by Sulaiman Law Group, Ltd.

6. On or before July 12, 2021, Sulaiman Law Group, Ltd. reached out to Plaintiff to inquire if she would retain Sulaiman Law Group, Ltd. for this matter.

7. Defendant filed a Motion to Dismiss Plaintiff's First Amended Complaint on July 12, 2021, and Plaintiff's response was initially due on July 26, 2021 (per Dkt. #18).

8. On July 13, 2021, Sulaiman Law Group, Ltd. notified Cynthia Pietrucha that Plaintiff has elected to keep Cynthia Pietrucha as her counsel.

9. On July 23, 2021, Sulaiman Law Group, Ltd. filed a lawsuit against Cynthia Pietrucha, falsely claiming in part "tortious interference" alleging Cynthia Pietrucha stole unnamed clients from the firm, even though both Cynthia Pietrucha and Sulaiman Law Group, Ltd. had a duty to under the Illinois Rules of Professional Conduct to notify clients that a departing associate, Cynthia Pietrucha, who had an attorney-client relationship with such clients, had left the firm and that the clients had the right to continue with the firm, transfer the file to Cynthia Pietrucha or choose other counsel.

10. Plaintiff respectfully requests until August 16, 2021 to file a response, the response indicated in Docket #18.

11. Attorney Cynthia Pietrucha spoke with Defendant's counsel and obtained agreement to this Motion.

12. Defendant does not object to Plaintiff's extension request to August 16, 2021,

provided that Plaintiff extends the same courtesies to Defendant in the future, and Plaintiff's Motion requests that Defendant's reply be filed two weeks later on August 30, 2021.

13. This Motion is not brought for the purposes of delay, and if granted, will not impede the progress of this case.

**WHEREFORE**, Plaintiff respectfully requests that her agreed motion be granted and that the Court give Plaintiff until August 16, 2021 to file her Response and Defendant to August 30, 2021 to file its Reply.

**Dated: July 27, 2021**                    Respectfully submitted:

/s/ Cynthia N. Pietrucha
Cynthia N. Pietrucha, Esq.
***Counsel for Plaintiff***
PIETRUCHA LAW FIRM, LLC
1717 N. Naper Blvd., Suite 200
Naperville, Illinois 60563
cpietrucha@pietruchalaw.com
Phone: (630) 344-6370

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 27, 2021, a true and correct copy of the above and foregoing document was filed with the Court via CM/ECF electronic filing and served on all parties requested electronic notification.

/s/ Cynthia N. Pietrucha
Cynthia N. Pietrucha, Esq.